FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) **Richard Hayes   24p-1385**
(Name of Plaintiff)         (Inmate Number)

**300 Hayward Ave Apt 4y Mount Vernon N.Y 10552**
(Address)

(2) **Alejandro Perez-Nieves   25p-0909**
(Name of Plaintiff)         (Inmate Number)

**730 E Walnut St Lebanon p.A 17042**
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

_____
(Case Number)

vs.

CIVIL COMPLAINT

(1) **Prison Administration**

(2) **Lebanon County Prison**

(3) _____
(Names of Defendants)

FILED
HARRISBURG, PA

SEP 30 2025

PER _____
DEPUTY CLERK

(Each named party must be numbered,
and all names must be printed or typed)

TO BE FILED UNDER: ☑ 42 U.S.C. § 1983 - STATE OFFICIALS
                   ☑ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. **PREVIOUS LAWSUITS**

   A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   **hearing disability no respons yet 9-10-2025**

   _____

   _____

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? ☑ Yes ☐ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? ☑ Yes ☐ No

C. If your answer to "B" is Yes:

1. What steps did you take? I sent out a Grievance

2. What was the result? They told me to that Its not Lccfs Job to press charges at my request and I needed to write to psp and I was denied

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: Officer Richack
Employed as LCCF Correctional officer at 730 E walnut St
Mailing address: 17042

(2) Name of second defendant: other officers Sanray walter
Employed as hhhhh at 730 E. walnut St
Mailing address: Lebanon Pennsalvania 17042

(3) Name of third defendant: J. Spidle
Employed as Lccf at 730 E. walnut St
Mailing address: Lebanon Pennsalvania 17042

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. I was assaulted By officers and Imade a medical Report so Its In there computer data base I want to place a pfa on thes officers

2

I don't feel safe are I want to

2. press charges as an retaliation claim also would like to place on J. Spidle officer at LCCF are cocrpral Samual walters these officers are corrupted as an

3. Inmate here In LCCF Ive been mistreated and Abused and disrespected one been LMES In unsanitary conditions

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like a compensation and want to press charges on the officers that were Involved and that disrespected me mistreated me and Abused me as an Inmate In

2. This correctional Facility LCCF Its not fair that we have to deal with the Retaliation of are they said they were going to kill me I don't feel safe In this facility I'm not

3. the only Inmate that they do this to

3

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __Sep__ day of __22_____, 20 __25__.

__Richard Hayes_____
(Signature of Plaintiff)

4

From Richard Hayes
730 E. Walnut St
Lebanon P.A 17042

HARRISBURG PA 171

LEGAL Mail

TO: United States District Court
middle district of Pennsylvania
Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street Suite 101
hartisburg. P.A 17102

RECEIVED
HARRISBURG, PA
SEP 30 2025
PER _____
DEPUTY CLERK

This address is a County Prison. Sender is an inmate. County is not responsible for debts incurred.

17102-110999